No. 8908. A. A. FALL, PLAINTIFF & RESPONDENT, *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA, a corporation, DEFENDANT AND APPELLANT.

Decided Sept. 27, 1949.

*Messrs. Corette & Corette,* Butte and *Messrs Weir, Gough & Matson,* Helena for Defendant and Appellant.

*Mr. Victor H. Fall,* Helena for Plaintiff and Respondent.

The Prudential Insurance Company of America, appellant, by and through its counsel, Corette and Corette, Weir, Gough and Matson, having filed herein written praecipe so requesting.

It is ordered that said appellant's appeal be dismissed and that all original exhibits be returned to the district court forthwith.